| Date | Pleading Number | |
|---|---|---|
| 5/15/75 | 1 | MOTION & SUPPORTING BRIEF -- Ruhama Klein & Max Klein for transfer of action pending in District of Colubmai to S.D. New York for pretrial proceessing with action already pending in that district. Affidavit of counsel for plaintiffs; copy Southern New York complaint appended to motion along with answer of defendant Dr. Sims. REQUESTED TRANSFEREE FORUM: S.D. N.Y. |
| 5/28/75 | 2 | RESPONSE -- DR. NAOMI KANOF w/cert. of service |
| 5/29/75 | | APPERANCES -- Plaintiffs Klein -- Stanley Stern, Esq.; KANOF -- Arthur Canfield, Jr., Esq.; SIMS -- Anthony L. Schiavehi, Esq. |
| 6/5/75 | | HEARING ORDER -- Setting A-1 and A-2, June 27, 1975, Denver, Colorado Motion of Kleins to transfer actions. |
| 6/11/75 | | ORDER -- Correcting Schedule A to reflect the suggested transferee forum as the S.D. New York (6/5/75 Hearing Order) |
| 6/25/75 | | WAIVER OF ORAL ARGUMENT -- RUHAMA KLEIN, MAX KLEIN and DR. KANOF |
| 7/23/75 | | OPINION AND ORDER -- DENYING transfer of litigation |

## Description of Litigation

IN RE KLEIN MEDICAL MALPRACTICE LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s)  6/27/75

Date(s) of Opinion(s) or Order(s) 7/23/75

Consolidation Ordered ____    Name of Transferee Judge _____

Consolidation Denied  xxx     Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ruhama Klein & Max Klein v. Dr. Naomi Kanof | D.C. | 75-0508 | | | | |
| A-2 | Ruhama Klein & Max Klein v. Dr. Charles F. Sims | S.D.N.Y. Weinfeld | 75 Civ.1172 | | | | |

p. 1

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 214 --   IN RE KLEIN MEDICAL MALPRACTICE LITIGATION

| Plaintiff | Defendant |
|---|---|
| RUHAMA KLEIN & MAX KLEIN (A-1) & (A-2)<br>Stanley Stern, Esquire<br>1501 Franklin Avenue<br>Mineola, New York  11501 | DR. NAOMI KANOF<br>  Austin F. Canfield, Jr, Esquire<br>  4400 Jennifer Street, N.W.<br>  Washington, D. C.<br><br>DR CHARLES F. SIMS<br>  Anthony L. Schiavehi, Esquire<br>  1633 Broadway<br>  New York, New York  10019 |